# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **AE Bicycle Liquidation, Inc.,** *et al.*,[1] ) | **Case No. 18-80856** |
| ) | **(Jointly Administered)** |
| ) | |
| **Debtors.** ) | |
| ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On January 9, 2020, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Order Confirming First Amended Joint Plan of Liquidation** [Docket No. 1129]

Dated: January 10, 2020

*/s/ Heather Fellows*
Heather Fellows
KCC
222 N Pacific Coast Highway,
Suite 300
El Segundo, CA 90245

---

[1] The Debtors in this case, along with each Debtor's case number, are: (i) AE Bicycle Liquidation, Inc. (formerly known as Advanced Sports Enterprises, Inc.), Case No. 18-80856; (ii) AI Bicycle Liquidation, Inc. (formerly known as Advanced Sports, Inc.), Case No. 18-80857; (iii) Performance Direct, Inc., Case No. 18-80860; (iv) Bitech, Inc., Case No. 18-80858; and (v) Nashbar Direct, Inc., Case No. 18-80859.

# Exhibit A

**Exhibit A**
Creditor Matrix
Served via First Class Mail

| COMPANY | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Brown Jr., Jason | 581 Chapel Lake Dr Apt 201 | Virginia Bch | VA | 23454-4116 |