United States Bankruptcy Court
Middle District of North Carolina

| | |
|---|---|
| In re: | Case No. 18-80856-bak |
| AE BICYCLE LIQUIDATION, INC. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 1 of 9 |
| Date Rcvd: Jul 31, 2023 | Form ID: pdf014 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + AE BICYCLE LIQUIDATION, INC., 501 Eastowne Dr., Suite 230-A, Chapel Hill, NC 27514-6224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann Ustad Smith | on behalf of Interested Party Specialized Bicycle Components Inc. ausmith@michaelbest.com, smbunge@michaelbest.com |
| Arvind Nath Rawal | on behalf of Creditor BMO Harris Bank N.A. c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Ashley S. Rusher | on behalf of Creditor Trek Bicycle Corporation asr@blancolaw.com |
| Ashley S. Rusher | on behalf of Creditor Wesley Brian Drum asr@blancolaw.com |
| Ashley S. Rusher | on behalf of Defendant Todson Inc. asr@blancolaw.com |
| Brian D. Darer | on behalf of Creditor VBEnterprises Inc. briandarer@parkerpoe.com tracymiller@parkerpoe.com;janatasims@parkerpoe.com;domincacobb@parkerpoe.com |

District/off: 0418-1                             User: admin                              Page 2 of 9
Date Rcvd: Jul 31, 2023                     Form ID: pdf014                         Total Noticed: 1

Brian Richard Anderson
    on behalf of Defendant Marin Mountain Bikes Inc. branderson@foxrothschild.com pwilliams@foxrothschild.com

Byron L. Saintsing
    on behalf of Creditor Rosebriar Spring Creek L.P. bsaintsing@smithdebnamlaw.com

Byron L. Saintsing
    on behalf of Defendant Niterider Technical Lighting & Video Systems Inc. d/b/a Niterider Light Systems bsaintsing@smithdebnamlaw.com

Byron L. Saintsing
    on behalf of Creditor NiteRider Technical Lighting & Video Systems Inc. bsaintsing@smithdebnamlaw.com

Charles M. Ivey, III
    on behalf of Defendant Free Wear Fashion Inc. mmm@iveymcclellan.com

Charles N. Anderson, Jr.
    on behalf of Defendant Golden Springs Development Company LLC chuck.anderson@elliswinters.com, patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com

Christopher D. Hughes
    on behalf of Interested Party City of San Bruno chughes@nossaman.com

Clint Shepperd Morse
    on behalf of Creditor York Street Mezzanine Partners II, L.P. cmorse@brookspierce.com, chill@brookspierce.com;courtmail@brookspierce.com

Constance L. Young
    on behalf of Creditor TSC Sunrise Ltd. cyoung@wcsr.com, shanley@wcsr.com;Janice.phillips@wbd-us.com

Damien Nicholas Tancredi
    on behalf of Debtor AI BICYCLE LIQUIDATION INC. damien.tancredi@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Debtor Performance Direct Inc. damien.tancredi@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Debtor Bitech Inc. damien.tancredi@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Debtor Nashbar Direct Inc. damien.tancredi@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Debtor AE BICYCLE LIQUIDATION INC. damien.tancredi@flastergreenberg.com

David M. Grogan
    on behalf of Creditor Shanghai General Sports Co. Ltd. david@davidmgrogan.com

David M. Schilli
    on behalf of Creditor Inland Commercial Real Estate Services LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor VV Market Sparta LP dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor Novi Town Center Investors LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor West Valley Properties LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor Newark Main Street Acquisition Co. LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor Walgreen Co. dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor Capital JTA LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor Thunderbird Peoria LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli
    on behalf of Creditor Hamilton Plaza LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 3 of 9 |
| Date Rcvd: Jul 31, 2023 | Form ID: pdf014 | Total Noticed: 1 |

                    on behalf of Creditor FW CA-Point Loma Plaza LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor Federal Realty Investment Trust dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor VOC Realty Investments  Inc., successor in interest to Tri-City Crossroads, LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor MB Limited Partnership dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor CenterCal Properties  LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor Hamilton Plaza Investors LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor Columbia Sutton Square  LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor Brixmor Operating Partnership LP dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor Acadia Naaman's Road LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor FW Co-Arapahoe Village  LLC dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor HH Golden Gate LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor Centercal Properties LLC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor EG Remington Park  LLC f/k/a Edwards Ranch Properties dschilli@rbh.com, JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

David M. Schilli

                    on behalf of Creditor Danny's Cycles NY LLC d/b/a Danny's Cycles 2nd Ave NYC dschilli@rbh.com JRobey@robinsonbradshaw.com,docketing@robinsonbradshaw.com

Denise Ann Kuhn

                    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue dkuhn@attorneygeneral.gov, dkuhn@attorneygeneral.gov

Dirk W. Siegmund

                    on behalf of Attorney Robert Harris dws@iveymcclellan.com mmm@iveymcclellan.com;tdc@iveymcclellan.com;jchilders@iveymcclellan.com

Dirk W. Siegmund

                    on behalf of Movant Sylvie Gil dws@iveymcclellan.com mmm@iveymcclellan.com;tdc@iveymcclellan.com;jchilders@iveymcclellan.com

Douglas B Rosner

                    on behalf of Creditor AG/ARC Plaza America Retail Owner  LLC drosner@goulstonstorrs.com

Douglas S. Stanger

                    on behalf of Debtor AE BICYCLE LIQUIDATION  INC. doug.stanger@flastergreenberg.com

Douglas S. Stanger

                    on behalf of Debtor Bitech  Inc. doug.stanger@flastergreenberg.com

Douglas S. Stanger

                    on behalf of Debtor Nashbar Direct  Inc. doug.stanger@flastergreenberg.com

Douglas S. Stanger

                    on behalf of Debtor Performance Direct  Inc. doug.stanger@flastergreenberg.com

Douglas S. Stanger

Case 18-80856   Doc 2154   Filed 08/02/23   Page 4 of 11

| District/off: 0418-1 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Jul 31, 2023 | Form ID: pdf014 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor AI BICYCLE LIQUIDATION INC. doug.stanger@flastergreenberg.com |
| Dustin P Branch | |
| | on behalf of Creditor CenterCal Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com |
| Dustin P Branch | |
| | on behalf of Creditor West Valley Properties Inc. branchd@ballardspahr.com, carolod@ballardspahr.com |
| Dustin P Branch | |
| | on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com carolod@ballardspahr.com |
| Dustin P Branch | |
| | on behalf of Creditor West Valley Properties LLC branchd@ballardspahr.com, carolod@ballardspahr.com |
| E. Richard Dressel | |
| | on behalf of Debtor Bitech Inc. rick.dressel@flastergreenberg.com |
| E. Richard Dressel | |
| | on behalf of Debtor AE BICYCLE LIQUIDATION INC. rick.dressel@flastergreenberg.com |
| E. Richard Dressel | |
| | on behalf of Debtor Performance Direct Inc. rick.dressel@flastergreenberg.com |
| E. Richard Dressel | |
| | on behalf of Debtor Nashbar Direct Inc. rick.dressel@flastergreenberg.com |
| E. Richard Dressel | |
| | on behalf of Debtor AI BICYCLE LIQUIDATION INC. rick.dressel@flastergreenberg.com |
| Emily M. Haas | |
| | on behalf of Interested Party Specialized Bicycle Components Inc. emhaas@michaelbest.com, jsorey@michaelbest.com;ausmith@michaelbest.com;smbunge@michaelbest.com |
| Gaye Nell Heck, ESQ. | |
| | on behalf of Defendant Ramiko Co. Ltd. gaye@bbslaw.com |
| Gerald Jeutter, Jr | |
| | on behalf of Creditor Libra Group LLC jeb@jeutterlaw.com, kdyer@smithlaw.com |
| Harry J. Giacometti | |
| | on behalf of Debtor Nashbar Direct Inc. harry.giacometti@flastergreenberg.com |
| Harry J. Giacometti | |
| | on behalf of Debtor AI BICYCLE LIQUIDATION INC. harry.giacometti@flastergreenberg.com |
| Harry J. Giacometti | |
| | on behalf of Debtor Performance Direct Inc. harry.giacometti@flastergreenberg.com |
| Harry J. Giacometti | |
| | on behalf of Attorney Flaster/Greenberg PC harry.giacometti@flastergreenberg.com |
| Harry J. Giacometti | |
| | on behalf of Debtor AE BICYCLE LIQUIDATION INC. harry.giacometti@flastergreenberg.com |
| Harry J. Giacometti | |
| | on behalf of Debtor Bitech Inc. harry.giacometti@flastergreenberg.com |
| Helen Elizabeth Weller | |
| | on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com |
| Helen Elizabeth Weller | |
| | on behalf of Creditor Harris County Dora.Casiano-Perez@lgbs.com |
| Holly A Estioko | |
| | on behalf of Creditor Firenzi Properties Inc. hestioko@ffwplaw.com |
| Holly A Estioko | |
| | on behalf of Interested Party Lincoln Properties Ltd. hestioko@ffwplaw.com |
| Holmes P. Harden | |
| | on behalf of Creditor Wells Fargo Bank National Association hharden@williamsmullen.com, khorton@williamsmullen.com |
| James C. Lanik | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors for AE BICYCLE LIQUIDATION INC., et al. notice@waldrepwall.com, notice@waldrepllp.com;7357193420@filings.docketbird.com;trustee@waldrepwall.com |
| James C. Lanik | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors for Advanced Sports Enterprises Inc. notice@waldrepwall.com, notice@waldrepllp.com;7357193420@filings.docketbird.com;trustee@waldrepwall.com |
| James C. White | |
| | on behalf of Creditor Sequel Investors Limited Partnership jwhite@jcwhitelaw.com mking@jcwhitelaw.com |

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 5 of 9 |
| Date Rcvd: Jul 31, 2023 | Form ID: pdf014 | Total Noticed: 1 |

James Edward Vaughan
    on behalf of Creditor Wesley Brian Drum alc@blancolaw.com  jev@blancolaw.com

James Edward Vaughan
    on behalf of Movant James Karastamatis alc@blancolaw.com  jev@blancolaw.com

James H. Post
    on behalf of Creditor GLM SS  LLC jpost@smithhulsey.com, khettinger@smithhulsey.com;dadkins@smithhulsey.com

James McKinley Hash
    on behalf of Creditor Cavender Children Real Estate A  Ltd. james@eghlaw.com, mindy@eghlaw.com

James R. Langdon
    on behalf of Creditor Washington Prime Group Inc. jimlangdon@mvalaw.com

Jason A. Starks
    on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jason C Manfrey
    on behalf of Defendant Marin Mountain Bikes Inc. jmanfrey@foxrothschild.com

Jason L. Hendren
    on behalf of Creditor Alderwood Shopping Center 04E  LLC jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jay W. Hurst
    on behalf of Creditor Texas Comptroller of Public Accounts Jay.Hurst@oag.texas.gov  sherri.simpson@oag.texas.gov

Jennifer Barker Lyday
    on behalf of Creditor Committee Official Committee of Unsecured Creditors for Advanced Sports Enterprises  Inc. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer Barker Lyday
    on behalf of Attorney Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer F Wertz
    on behalf of Creditor LCFRE Austin Brodie Oaks  LLC jwertz@jw.com, kgradney@jw.com

John A. Northen
    on behalf of Plaintiff Performance Direct  Inc. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Debtor AE BICYCLE LIQUIDATION  INC. et. al. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Debtor Nashbar Direct  Inc. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Debtor Bitech  Inc. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Other Professional Elaine T. Rudisill jan@nbfirm.com sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Attorney Northen Blue  LLP jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Debtor Performance Direct  Inc. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Plaintiff Nashbar Direct  Inc. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Debtor AI BICYCLE LIQUIDATION  INC. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Financial Advisor Clear Thinking Group LLC jan@nbfirm.com sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen
    on behalf of Debtor AE BICYCLE LIQUIDATION  INC. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com

John A. Northen

Case 18-80856    Doc 2154    Filed 08/02/23    Page 6 of 11

| | | |
|---|---|---|
| District/off: 0418-1 | User: admin | Page 6 of 9 |
| Date Rcvd: Jul 31, 2023 | Form ID: pdf014 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Attorney Flaster/Greenberg PC jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com |
| John A. Northen | |
| | on behalf of Plaintiff Bitech Inc. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com |
| John A. Northen | |
| | on behalf of Plaintiff AI BICYCLE LIQUIDATION INC. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com |
| John A. Northen | |
| | on behalf of Plaintiff AE BICYCLE LIQUIDATION INC. et. al. jan@nbfirm.com, sks@nbfirm.com;jla@nbfirm.com;northen.johna.b108474@notify.bestcase.com |
| John H Small | |
| | on behalf of Defendant Garry Snook jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Creditor York Street Mezzanine Partners II L.P. jsmall@brookspierce.com, dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Defendant Sharon Snook jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Defendant York Street Mezzanine Partners II L.P. jsmall@brookspierce.com, dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Creditor York Street Mezzanine Partners II, L.P. jsmall@brookspierce.com, dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Defendant Diane Heavin jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Defendant Howard Gary Heavin jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Creditor Howard and Diane Heavin jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Creditor Peter A. Roy jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Creditor Gary and Sharon Snook jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John H Small | |
| | on behalf of Defendant Peter A. Roy jsmall@brookspierce.com dbrooks@brookspierce.com;kchristian@brookspierce.com |
| John M Stern | |
| | on behalf of Creditor Texas Comptroller of Public Accounts bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov |
| June L. Basden | |
| | on behalf of Interested Party BikeCo LLC jlb@crlaw.com |
| June L. Basden | |
| | on behalf of Creditor Advanced Holdings Co. Ltd. jlb@crlaw.com |
| June L. Basden | |
| | on behalf of Interested Party K&B Investment Corporation jlb@crlaw.com |
| June L. Basden | |
| | on behalf of Defendant Advanced Holdings Co. Ltd. jlb@crlaw.com |
| Katherine Kakish | |
| | on behalf of Creditor State of Michigan Department of Treasury kakishk@michigan.gov |
| Kay D Brock | |
| | on behalf of Creditor Travis County BKECF@traviscountytx.gov |
| Kevin Lamar Sink | |
| | on behalf of Creditor Ideal Bike Corporation ksink@waldrepwall.com khayden@waldrepwall.com;1551568420@filings.docketbird.com |
| Kevin Lamar Sink | |
| | on behalf of Defendant TopSports International Holdings Limited ksink@waldrepwall.com khayden@waldrepwall.com;1551568420@filings.docketbird.com |

| | |
|---|---|
| Kevin Lamar Sink | on behalf of Defendant EconoTrade Limited ksink@waldrepwall.com khayden@waldrepwall.com;1551568420@filings.docketbird.com |
| Kevin Lamar Sink | on behalf of Defendant Ideal Bicycle Corporation ksink@waldrepwall.com khayden@waldrepwall.com;1551568420@filings.docketbird.com |
| Kevin M. Newman | on behalf of Creditor Inland Commercial Real Estate Services LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com |
| Kimberly M. Marston | on behalf of Defendant Sharon Snook kmarston@brookspierce.com |
| Kimberly M. Marston | on behalf of Defendant Garry Snook kmarston@brookspierce.com |
| Kimberly M. Marston | on behalf of Defendant Howard Gary Heavin kmarston@brookspierce.com |
| Kimberly M. Marston | on behalf of Defendant Peter A. Roy kmarston@brookspierce.com |
| Kimberly M. Marston | on behalf of Defendant York Street Mezzanine Partners II L.P. kmarston@brookspierce.com |
| Kimberly M. Marston | on behalf of Defendant Diane Heavin kmarston@brookspierce.com |
| Leslie C. Heilman | on behalf of Creditor MB Limited Partnership heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Capital JTA  LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Hamilton Plaza Investors LLC heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Novi Town Center Investors LLC heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor HH Golden Gate LLC heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor VV Market Sparta  LP heilmanl@ballardspahr.com, carbonej@ballardspahr.com |
| Leslie C. Heilman | on behalf of Creditor Federal Realty Investment Trust heilmanl@ballardspahr.com  carbonej@ballardspahr.com |
| Lisa P. Sumner | on behalf of Defendant American Express Company lsumner@maynardnexsen.com  tmoldovan@nexsenpruet.com |
| Luis Manuel Lluberas | on behalf of Creditor Channel Islands Marketplace  LP luislluberas@mvalaw.com |
| Luke Dalton | on behalf of Movant Headlands Ventures  LLC dba Mike's Bikes luke.dalton@mgclaw.com |
| Marc C Forsythe | on behalf of Creditor Pat and Gina Gleason; Store 70; and 8850 Warner Avenue  Fountain Valley, CA mforsythe@goeforlaw.com, kmurphy@goeforlaw.com |
| Matthew Patrick Weiner | on behalf of Defendant Ramiko Co. Ltd. mweiner@poynerspruill.com, chood@poynerspruill.com,jking@poynerspruill.com |
| Michelle Merck Walker | on behalf of Creditor Sequel Investors Limited Partnership mwalker@ptwfirm.com  mking@ptwfirm.com |
| Nelson G. Harris | on behalf of Creditor Village Square  LLC nharris@hfhlaw.com |
| Paul Marc Rosenblatt | on behalf of Creditor BikeCo  LLC prosenblatt@kilpatricktownsend.com, sagreen@kilpatricktownsend.com |
| Paul Marc Rosenblatt | on behalf of Interested Party BikeCo  LLC prosenblatt@kilpatricktownsend.com, sagreen@kilpatricktownsend.com |
| Rebecca F. Redwine | on behalf of Creditor Alderwood Shopping Center 04E  LLC rredwine@hendrenmalone.com, |

        jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Robert G Harris
        on behalf of Attorney Robert Harris rob@bindermalter.com

Robert G Harris
        on behalf of Movant Sylvie Gil rob@bindermalter.com

Robert Scott Shuker
        on behalf of Creditor FL Medical Development  LLC rshuker@lseblaw.com, mniquette@lseblaw.com

Ronald D. P. Bruckmann
        on behalf of Creditor Shanghai General Sports Co.  Ltd. rbruckmann@shumaker.com, celgin@shumaker.com

Ronald E. Gold
        on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com

Ryan Q. Gladden
        on behalf of Creditor Kotis Westover  LLC rgladden@adamswinfree.com

Sejal Parmar
        on behalf of Creditor BMW Financial Services NA  LLC, c/o AIS Portfolio Services, LP sejal.parmar@americaninfosource.com

Shelley Koon Abel
        on behalf of Bankruptcy Administrator US Bankruptcy Administrator for the Western District of North Carolina shelley_abel@ncwba.uscourts.gov

Stephanie Osborne
        on behalf of Debtor AE BICYCLE LIQUIDATION  INC. slo@nbfirm.com, jla@nbfirm.com;osborne.stephaniel.b108474@notify.bestcase.com

Stephanie Osborne
        on behalf of Plaintiff The Finley Group  Inc. slo@nbfirm.com, jla@nbfirm.com;osborne.stephaniel.b108474@notify.bestcase.com

Stephen L Cash
        on behalf of Creditor United Parcel Service  Inc. steve@lawyersasheville.com, Hannah@lawyersasheville.com

Steven A. Ginther
        on behalf of Creditor Missouri Department of Revenue mdnc@dor.mo.gov

Steven D Usdin
        on behalf of Debtor AE BICYCLE LIQUIDATION  INC. steven.usdin@flastergreenberg.com

Steven E. Fox
        on behalf of Creditor Wells Fargo Bank  National Association sfox@riemerlaw.com, dromanik@riemerlaw.com

Steven H. Felderstein
        on behalf of Creditor Firenzi Properties  Inc. sfelderstein@ffwplaw.com, docket@ffwplaw.com

Steven H. Felderstein
        on behalf of Interested Party Lincoln Properties  Ltd. sfelderstein@ffwplaw.com, docket@ffwplaw.com

Terri L. Gardner
        on behalf of Creditor Globant  LLC f/k/a PointSource, LLC terriwfu@gmail.com, karie.rankine@nelsonmullins.com

Terri L. Gardner
        on behalf of Creditor Fox Partners  L.P. terriwfu@gmail.com, karie.rankine@nelsonmullins.com

Thomas W. Waldrep, Jr.
        on behalf of Attorney Thomas W. Waldrep  Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com

Thomas W. Waldrep, Jr.
        on behalf of Plaintiff Official Committee of Unsecured Creditors for AE BICYCLE LIQUIDATION  INC., et al. notice@waldrepwall.com, 2942809420@filings.docketbird.com

Thomas W. Waldrep, Jr.
        on behalf of Creditor Committee Official Committee of Unsecured Creditors for Advanced Sports Enterprises  Inc. notice@waldrepwall.com, 2942809420@filings.docketbird.com

Thomas W. Waldrep, Jr.
        notice@waldrepwall.com

Vicki L. Parrott
        on behalf of Debtor Bitech  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
        on behalf of Debtor AE BICYCLE LIQUIDATION  INC. et. al. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
        on behalf of Debtor AI BICYCLE LIQUIDATION  INC. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
        on behalf of Debtor Nashbar Direct  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

| District/off: 0418-1 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Jul 31, 2023 | Form ID: pdf014 | Total Noticed: 1 |

Vicki L. Parrott
    on behalf of Debtor AE BICYCLE LIQUIDATION  INC. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Debtor Performance Direct  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

William E. Burton, III
    on behalf of Creditor PT Insera Sena wburton@foxrothschild.com

William E. Burton, III
    on behalf of Creditor Weingarten Realty Investors wburton@foxrothschild.com

William E. Burton, III
    on behalf of Creditor Marin Mountain Bikes wburton@foxrothschild.com

William J. Burnett
    on behalf of Debtor AE BICYCLE LIQUIDATION  INC. William.burnett@flastergreenberg.com

William J. Burnett
    on behalf of Debtor Bitech  Inc. William.burnett@flastergreenberg.com

William J. Burnett
    on behalf of Other Professional Elaine T. Rudisill William.burnett@flastergreenberg.com

William J. Burnett
    on behalf of Debtor Nashbar Direct  Inc. William.burnett@flastergreenberg.com

William J. Burnett
    on behalf of Debtor Performance Direct  Inc. William.burnett@flastergreenberg.com

William J. Burnett
    on behalf of Plaintiff The Finley Group  Inc. William.burnett@flastergreenberg.com

William J. Burnett
    on behalf of Debtor AI BICYCLE LIQUIDATION  INC. William.burnett@flastergreenberg.com

William J. Burnett
    on behalf of Attorney Flaster/Greenberg  PC William.burnett@flastergreenberg.com

TOTAL: 192

**SO ORDERED.**

**SIGNED this 31st day of July, 2023.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **AE BICYCLE LIQUIDATION, INC. (formerly known as ADVANCED SPORTS ENTERPRISES, INC.),**[1] | ) ) ) ) | **Case No. 18-80856** |
| Debtor. | ) ) | |
| In re: | ) ) | **Chapter 11** |
| **AI BICYCLE LIQUIDATION, INC. (formerly known as ADVANCED SPORTS, INC.),** | ) ) ) | **Case No. 18-80857** |
| Debtor. | ) ) | |
| In re: | ) ) | **Chapter 11** |
| **PERFORMANCE DIRECT, INC.,** | ) ) | **Case No. 18-80860** |
| Debtor. | ) ) | |
| In re: | ) ) | **Chapter 11** |
| **BITECH, INC.,** | ) ) | **Case No. 18-80858** |
| Debtor. | ) ) | |

---

[1] The Court ordered these captioned cases to be jointly administered under Case No. 18-80856. ECF No. 81. On October 25, 2019, the Court entered its order confirming the joint plan of liquidation in the captioned cases. ECF No. 1129.

1

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NASHBAR DIRECT, INC., | ) Case No. 18-80859 |
| | ) |
| Debtor. | ) **(JOINTLY ADMINISTERED)** |
| | ) |
| | ) |

**FINAL DECREE**

IT APPEARS that the confirmed plan in <u>these jointly administered cases</u> has been substantially consummated, and the final report was filed on January 23, 2023.

IT FURTHER APPEARS that all parties in interest have received due notice of the final report, and no party has timely objected.

WHEREFORE, IT IS ORDERED that this case is closed.

END OF DOCUMENT